**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   In re Enterprise Products Operating, LLC

Appellate case number:   01-16-00669-CV

Trial court case number:   2016-51446

Trial court:   269th District Court of Harris County

On August 24, 2016, Enterprise Products Operating LLC filed a motion requesting an emergency stay of an inspection ordered pursuant to Texas Rule of Civil Procedure 196.7 scheduled for 8:00 a.m. on August 25, 2016. The motion indicates that Enterprise will be filing a petition for writ of mandamus challenging the trial court's August 23, 2016 order granting the inspection. The motion for an emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland_____
                              Acting individually


Date: August 24, 2016_____